1  Allen R. Ball, Esq. (State Bar #124088)
   Randy E. Wells, Esq. (State Bar #
2  LAW OFFICE OF BALL & YORKE
   1001 Partridge Drive, Suite 330
3  Ventura, California 93003
   (805) 642-5177; (805) 642-4622 Fax
4

5  Attorneys for Plaintiff,
   SAMUEL PEARLMAN
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DANIEL COLVILLE,            )   Case No.:  C 03-4951 CW
                               )              consolidated with
12        Plaintiff,           )              C03-04952 CW
                               )
13 v.                          )
                               )
14 KOHLER CO., et al.          )   STIPULATION TO EXTEND
                               )   EXPERT DISCLOSURE DATE
15        Defendants           )   FROM JULY 20, 2005, TO
                               )   AUGUST 3, 2005
16                             )
                               )
17                             )
                               )
18                             )
                               )
19 And Related Cases           )

20    TO THE COURT AND ALL PARTIES AND TO THEIR

21 ATTORNEYS OF RECORD:

22

23 1.   This litigation stems from Plaintiffs' allegations that the subject generator

24 manufactured by Defendant, Kohler, contained design defects, which Defendant,

25 Kohler, denies.

26

27 2.   The parties agreed to conduct testing of the generator's subject parts at a

28 mutual facility with all parties' experts present.

3. The parties had the subject generator transferred from the Deutschland vessel, which was docked in Petaluma, California, to San Jose, California, to conduct the testing at Exponent Laboratories;

4. The parties performed initial testing of the generator's subject parts;

5. The parties' initial testing, limited by an agreed upon protocol, revealed that additional testing would be necessary on the generator's subject parts;

6. The parties agreed upon a further protocol for testing and the additional testing was performed on July 15, 2005.

7. The Court ordered that Expert Disclosure occur on July 20, 2005.

8. The parties, while already having retained experts, will not be able to produce expert reports, pursuant to Rule 26, based upon the proximity between the date of the additional testing and the expert disclosure date.

9. The parties request that the Court extend the Expert Disclosure date an additional two weeks to August 3, 2005, so that the experts may have sufficient time to draft their respective reports in compliance with Rule 26.

Dated: 7/18/05

_____
RANDY E. WELLS, ESQ.
Attorney for Plaintiff
SAMUEL PEARLMAN

//

```
 1 | Dated: 7/19/05                    [signature]
 2 |                                    ROD MOORE
 3 |                                    Attorney for Defendant
 4 |                                    DURWOOD B. COLVILLE, individually
    |                                    and as owner of the DEUTSCHLAND,
 5 |                                    Deceased
 6 |
 7 |
 8 | Dated:                             [signature]
 9 |                                    Ralph W. Robinson, Esq.
10 |                                    Bernard Gehlar, Esq.
11 |                                    Attorney for Defendant
    |                                    KOHLER CO.
12 |
13 |
14 |
15 |     It is so ordered that the Expert Disclosure Date be extended from July 20,
        2005, to August 3, 2005.
16 |
17 |                                    /s/ CLAUDIA WILKEN
          7/21/05                       _____
18 |                                    Hon. Claudia Wilkins
19 |                                    United States District Court of California,
                                        Northern District
```

3

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of eighteen (18) years. My business address is 1001 Partridge Drive, Suite 330, Ventura, California 93003. I am employed in the County of Ventura, State of California, and am not a party to the above-entitled action.

On **July 19th, 2005**, I served on all interested parties herein ☐ the original ☒ a true copy of the following named document(s):

**PARTIES STIPULATION TO EXTEND EXPERT DISCLOSURE DATE**

☒ By depositing it in the United States **mail** at Ventura, California, in a sealed envelope with postage thereon fully prepaid to the following:

☐ By sending it via **facsimile** transmission to the following facsimile transmission machine and obtaining a confirmation that the document was sent:

☐ By **Overnight** Delivery I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

*****SEE ATTACHED SERVICE LIST*****

☒ I hereby declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. I declare, under penalty of perjury, the foregoing is true and correct. Executed July 19th, 2005, at Ventura, California.

_____
Rene Creamer, Declarant

## *SERVICE LIST*

| | |
|---|---|
| Ralph W. Robinson, Esq.<br>Bernard Gehlhar, Esq.<br>**WILSON, ELSOR MOSKOWITZ, EDELMAN & DICKER, LLP**<br>650 California Street, 14th Floor<br>San Francisco, CA  94108-2718<br>(415) 433-0990<br>Fax: (415) 434-1370<br><br>Attorneys for Defendant<br>KOHLER CO. | Rod Moore, Esq.<br>Attorney at Law<br>The Grace Building<br>17 Keller Street<br>Petaluma, CA 94952<br>(707) 763-8325<br>Fax: (707) 763-4095<br><br>Attorneys for Defendant<br>DURWARD B. COLVILLE |