IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COLVILLE,<br><br>    Plaintiff,<br><br>  v.<br><br>KOHLER COMPANY, et al.,<br><br>    Defendants.<br>_____<br>SAMUEL PEARLMAN, individually and as successor in interest of MRS. JOAN SHAPIRO PEARLMAN, deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>KOHLER COMPANY, et al.,<br><br>    Defentants.<br>_____/ | No. C 03-04951 CW<br>    C 03-04952 CW<br>    **(CONSOLIDATED)**<br><br><br><u>CONDITIONAL ORDER</u><br><u>OF DISMISSAL</u> |

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of these causes,

    IT IS HEREBY ORDERED that these causes be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed

consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and these causes shall forthwith be restored to the calendar to be set for trial.

    IT IS SO ORDERED.

Dated: 11/22/05

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge