| | |
|---|---|
| 1 | Ralph W. Robinson (State Bar No. 51436) |
| 2 | Christine Starkie (State Bar No. 226354) |
|   | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 3 | 650 California Street, 14th Floor |
|   | San Francisco, California 94108-2718 |
| 4 | Telephone:   (415) 433-0990 |
|   | Facsimile:    (415) 434-1370 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | KOHLER CO. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL COLVILLE, | ) | Case No.: C03-4951 CW |
|                  | ) | Consolidated with C03-04952 CW |
| Plaintiff,       | ) | |
|                  | ) | **STIPULATION OF DISMISSAL** |
| v.               | ) | |
|                  | ) | |
| KOHLER CO., DONNA RICE, BRET COLVILLE, and DOES 1 through 20, inclusive, | ) | |
|                  | ) | |
| Defendants.      | ) | |

| |
|---|
| SAMUEL PEARLMAN, individually and as successor in interest of MRS. JOAN SHAPIRO PEARLMAN, Deceased, |
| Plaintiff, |
| v. |
| KOHLER CO., DURWARD B. COLVILLE, individually and as owner of the DEUTSCHLAND Deceased; and DOES 1 through 10, Inclusive, |
| Defendants. |

1

STIPULATION OF DISMISSAL

186915.1

1    IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).

4

5  Dated: 12/2/05

                                              Rod Moore
6                                             Attorney for Plaintiff,
                                              Daniel Colville
7

8

9  Dated: _____

                                              Randy Wells
10                                            Attorney for Plaintiff,
                                              Samuel Pearlman
11

12
   Dated: 12-2-05            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
13

14

                                              Ralph Robinson
15                                            Christine Starkie
                                              Attorneys for Defendant,
16                                            Kohler Co.

17

18

...

2
STIPULATION OF DISMISSAL
186915.1

LAW OFFICE OF BALL AND YORKE          14:07:16    12-05-2005    2/2

6424622

1    IT IS HEREBY STIPULATED by and between the parties to this action through their
2    designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3    pursuant to FRCP 41(a)(1).
4
5    Dated: _____          _____
6                                    Rod Moore
                                     Attorney for Plaintiff,
7                                    Daniel Colville
8
9    Dated: 12/2/05                  *[signature]*
10                                   Randy Wells
                                     Attorney for Plaintiff,
11                                   Samuel Pearlman
12
13   Dated: 12-2-05                  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
14                                   *[signature]*
15                                   Ralph Robinson
                                     Christine Starkie
16                                   Attorneys for Defendant,
                                     Kohler Co.
17
18
19
20
21   IT IS SO ORDERED
22   *[signature]*
23   Judge Claudia Wilken
24
25
26
27
28

2
STIPULATION OF DISMISSAL

186915.1